[No. 7389-7-II.  Division Two.  June 9, 1986.]

WILLIAM DALE GREGORY, *Appellant,* v. DIANNA SUE PHELAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-03367-2, Donald H. Thompson, J., entered October 14, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7594-6-II.  Division Two.  June 9, 1986.]

*In the Matter of the Estate of*
JOHN SIGURDSON.

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-4-00139-5, James Sells, J. Pro Tem., entered February 17, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 13820-1-I.  Division One.  June 9, 1986.]

*In the Matter of the Marriage of* JEAN K. CLARFELD, *Appellant, and* RICHARD B. CLARFELD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81-3-06588-4, Norman W. Quinn, J., entered July 14, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.